IN THE UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 21-50856 |
| DAVID L. STEVENS | CHAPTER 7 |
| | JUDGE: ALAN M. KOSCHIK |
| Debtor(s). | |
| ********************************* | |
| Marc P. Gertz, Trustee in Bankruptcy | ADVERSARY NO: |
| for David L. Stevens | |
| 11 S. Forge St. | |
| Akron, OH 44304 | |
| Plaintiff, | |
| v. | |
| | COMPLAINT TO VACATE |
| David L. Stevens | DEBTOR'S DISCHARGE |
| 11980 Cleveland Ave., NW | |
| Uniontown, OH 44685 | |
| Defendant. | |

Now comes the Plaintiff/Trustee, Marc P. Gertz, and for his Complaint against the Defendant herein states as follows:

JURISDICTION AND PRELIMINARY STATEMENT

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §1334 as entered and effective on July 10, 1984 the same being part of the Bankruptcy Amendments and Federal Judgeship Act of 1984 local general order number 84 as entered on July 16,1984 by the United States District Court for the Northern District of Ohio; and such vestiges of the provisions of 28 U.S.C. §1471 and 1473 that may apply after passage of the Bankruptcy Amendments and Federal Judgeship Act of 1984 and in addition to such provisions of the Bankruptcy Reform Act of 1994 enacted October 22, 1994 as may apply herein.

2. Plaintiff alleges that the matters in this Complaint are core proceedings within the meaning of U.S.C. §157 as arising in or relating to the Chapter 7 proceedings of the Debtor David L. Stevens, as such matters occurred between the Debtor and the Defendant herein which may expressly pertain to the ultimate administration of this Estate by the Plaintiff in his capacity as Trustee. To the extent, if any, that this Court may determine that such claims for relief are not to be core proceedings, Plaintiff then consents to the entry of any final orders or judgments by the bankruptcy judge.

3. This case was commenced with the filing of a voluntary petition under Chapter 7 of Title 11 of the United States Code by the Debtor, David L. Stevens, on May 28, 2021.

4. Plaintiff, Marc P. Gertz, is the duly appointed and qualified Trustee for the Debtor.

5. Pursuant to §727 of the U.S. Bankruptcy Code, the Trustee requests that the Debtor's Discharge be denied because the Debtor violated §727(a)(6):

6. Pursuant to the attached Order, the Debtor was ordered to provide certain information to the trustee. After having been duly served with a copy of said Order, the Debtor has not complied with the same.

7. The Debtor has failed to comply with a lawful Order of this Court, the Trustee requests, pursuant to §727(a)(6) of the U.S. Bankruptcy Code, that his Discharge be vacated and denied.

WHEREFORE, Plaintiff prays that this Court revoke Debtor's discharge and for such other and further relief as this Court deems just and proper.

/s/ Marc P. Gertz
Marc P. Gertz, #0003808
Chapter 7 Trustee
Gertz & Rosen, Ltd.
11 S. Forge St.
Akron, OH  44304
Direct Dial: 330.255.0727
Direct Fax: 330.932.2366
mpgertz@gertzrosen.com