This document was signed electronically on January 7, 2022, which may be different from its entry on the record.

**IT IS SO ORDERED.**

Dated:  January 7, 2022



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                              CHAPTER 7

DAVID L. STEVENS                                    CASE NO:  21-50856

    Debtor                                          JUDGE ALAN M. KOSCHIK

**<u>ORDER HOLDING DEBTOR IN CONTEMPT</u>**

This matter having come on for hearing before this Court on January 5, 2022, pursuant to this Court's Order Requiring Debtor to Appear and Show Cause (Doc 29), and noting that neither Debtor nor Debtor's Counsel appeared at said hearing, the debtor is hereby found to be in contempt of this Court and, as sanctions, is hereby ordered to turn the following information over to the Trustee within 10 days of the entry of this order:

1. Names and addresses of the family members to whom debtor made payments within one (1) year of the filing of the within bankruptcy.

2. Relationship of said family member to the Debtor

3. All documentation, including bank statements verifying the payments specified above.

IT IS SO ORDERED.

###

Submitted by:

/s/ Marc P. Gertz
Marc P. Gertz, #0003808
Chapter 7 Trustee
Gertz & Rosen, Ltd.
11 S. Forge St.
Akron, OH  44304
Direct Dial: 330.255.0727
Direct Fax: 330.932.2366
mpgertz@gertzrosen.com

## CERTIFICATION OF SERVICE

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Dean D. Paolucci on behalf of Debtor at dean@selectlegal.com

    Marc P. Gertz, Chapter 7 Trustee at mpgertz@gertzrosen.com

    US Trustee's Office

And by regular U.S. mail, postage paid, on:

    David L. Stevens at 11980 Cleveland Ave, NW, Uniontown, OH  44685